**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STEVE ANDERSON,<br><br>      Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of the Social Security Administration,<br><br>      Defendant. | Case No. 2:13-cv-3137-RHW<br><br>**ORDER OF REMAND AND JUDGMENT** |

      Before the Court is a Stipulated Motion for Remand. ECF No. 22. Based on the stipulation of the parties, the Court finds that the above-captioned case must be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge ("ALJ") will hold a *de novo* hearing, and Plaintiff may raise any issue and submit additional evidence in support of her claim. The ALJ will be instructed to: address the opinion evidence—including, but not limited to, the opinions of Kelly A.

**ORDER OF REMAND AND JUDGMENT ~ 1**

Campbell, ARNP, and Gary Bos, M.D., as well as Russell Anderson, MSW and Dick Moen, MSW, who were working under the supervision of Phillip Rodenberger, M.D.—and provide legally sufficient and consistent reasons for the weight given each. In light of the above finding, the ALJ will reassess the claimant's residual functional capacity and credibility of subjective complaints and complete steps 4 and 5 by obtaining vocational expert testimony as necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Remand, **ECF No. 22**, is **GRANTED.**
2. **JUDGMENT** shall be entered for Plaintiff.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

DATED this 13th day of November, 2014.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER OF REMAND AND JUDGMENT ~ 2**